No. 74–920. WEINER v. DAYTON BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 74–927. FOREST HILLS UTILITY Co. v. WHITMAN, DIRECTOR OF ENVIRONMENTAL PROTECTION. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 74–936. VOLL v. SHAUL, DIRECTOR OF COMMERCE. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 74–939. QUICK v. HANSEN. C. A. 9th Cir. Certiorari denied.

No. 74–941. BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. v. LOMBARD. C. A. 2d Cir. Certiorari denied.

No. 74–5413. BURKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5544. MACK v. CALIFORNIA ADULT AUTHORITY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 74–5611. BLACKWELL v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 74–5613. DOTCH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 74–5662. NELSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5666. LUPINO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5669. MASTURZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.